| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____    Chapter    **7** |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7

☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**    **Running C Construction LLC**

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 3 – 4 3 2 8 9 6 5
EIN

**5. Debtor's address**

**Principal place of business**

**143 Roy Davis Rd., Bldg. 2 Unit D**
Number    Street

_____

**Elgin**                    **TX**    **78621-215**
City                        State   ZIP Code

**BASTROP**
County

**Mailing address, if different**

_____
Number    Street

P.O. Box
_____

_____
City                        State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                        State   ZIP Code

**6. Debtor's website (URL)**    _____

Official Form 205            Involuntary Petition Against a Non-Individual            page 1

Debtor **Running C Construction LLC** _____ Case number (if known) _____
      Name

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                             MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [ ] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **OSC Energy, LLC** | **Invoice/Account Agreement/Guaranty** | $1,001,369.51 |
| **H2O GeoSolutions, LLC** | **Invoice/Account Agreement/Guaranty** | $8,972.50 |
| **Saxon Loomis Consulting Group, LLP** | **Invoice/Account Agreement/Guaranty** | $145,000.00 |

Official Form 205           **Involuntary Petition Against a Non-Individual**           page 2

Debtor **Running C Construction LLC**
Name

Case number (if known) _____

Total of petitioners' claims  **$1,155,342.01**

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

**OSC Energy, LLC**
Name

**952 FM 99**
Number    Street

**Whitsett**                **TX**   **78075**
City                        State   ZIP Code

Name and mailing address of petitioner's representative, if any

**Patricia Smith**
Name

**952 FM 99**
Number    Street

**Whitsett**                **TX**   **78075**
City                        State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **6-20-24**
              MM / DD / YYYY

X _____ Smith, MGR
Signature of petitioner or representative, including representative's title

**Attorneys**

**Michael G. Colvard**
Printed name

**Martin & Drought, P.C.**
Firm name, if any

**112 East Pecan Street, Suite 1616**
Number    Street

**San Antonio**             **TX**   **78205**
City                        State   ZIP Code

Contact phone **210-227-7591**

Email  **mcolvard@mdtlaw.com**

Bar number  **04629200**

State  **TX**

X _____
Signature of attorney

Date signed  **06/26/2024**
              MM / DD / YYYY

Debtor    **Running C Construction LLC**            Case number (if known) _____
          Name

**Name and mailing address of petitioner**

**H2O GeoSolutions, LLC**
Name
**P.O. Box 1446**
Number    Street
**Bastrop**              **TX**    **78602**
City                     State   ZIP Code

Michael G. Colvard
Printed name
Martin & Drought, P.C.
Firm name, if any
112 East Pecan Street, Suite 1616
Number    Street
San Antonio              TX      78205
City                     State   ZIP Code
Contact phone  210-227-7591
Email          mcolvard!@mdtlaw.com
Bar number     04629200
State          TX

**Name and mailing address of petitioner's representative, if any**

**Carl Harrington**
Name
**P.O. Box 1446**
Number    Street
**Bastrop**              **TX**    **78602**
City                     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/19/2024
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney
Date signed  06/26/2024
             MM / DD / YYYY

**Name and mailing address of petitioner**

**Saxon Loomis Consulting Group, LLP**
Name
**2216 College Ave.**
Number    Street
**Austin**               **TX**    **78704**
City                     State   ZIP Code

Printed name
Firm name, if any
Number    Street
City                     State   ZIP Code
Contact phone
Email
Bar number
State

**Name and mailing address of petitioner's representative, if any**

**Cezary Saxon / Thomas Loomis**
Name
**2216 College Ave.**
Number    Street
**Austin**               **TX**    **78704**
City                     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney
Date signed _____
            MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor  **Running C Construction LLC**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

**H2O GeoSolutions, LLC**
Name

**215 Katy B Ln.**
Number    Street

**Bastrop**           **TX**      **78602**
City                  State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Cari Harrington**
Name

**215 Katy B Ln.**
Number    Street

**Bastrop**           **TX**      **78602**
City                  State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State ____ ZIP Code ____

Contact phone _____

Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

**Name and mailing address of petitioner Saxon**

**Loomis Consulting Group, LLC**
Name

**2216 College Ave.**
Number    Street

**Austin**            **TX**      **78704**
City                  State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Cezary Saxon / Thomas Loomis**
Name

**2216 College Ave.**
Number    Street

**Austin**            **TX**      **78704**
City                  State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/05/2024**
             MM / DD / YYYY

X _____/s/_____
Signature of petitioner or representative, including representative's title

Michael G. Colvard
Printed name
Martin & Drought, P.C.
Firm name, if any
112 East Pecan Street, Suite 1616
Number    Street
San Antonio           TX      78205
City                  State   ZIP Code

Contact phone  210-227-7591

Email  mcolvard@mdtlaw.com

Bar number  04629200

State  TX

X _____/s/_____
Signature of attorney

Date signed  06/26/2024
             MM / DD / YYYY

Official Form 205      Involuntary Petition Against a Non-Individual      page 4