B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## WESTERN District Of TEXAS

In re RUNNING C CONSTRUCTION LLC , ) Case No. 24-10733
Debtor* )
) Chapter 7
)
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on JUNE 26, 2024 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk: HOMER J. THORNBERRY FEDERAL JUDICIAL BUILDING
903 SAN JACINTO BLVD., STE. 322
AUSTIN, TX 78701

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney: MICHAEL G. COLVARD
MARTIN & DROUGHT, P.C.
112 EAST PECAN STREET, SUITE 1616
SAN ANTONIO, TX 78205

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: 6/28/24

BARRY D. KNIGHT (Clerk of the Bankruptcy Court)

By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

       Print Name:    _____

       Business Address:    _____

                                     _____