THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RUNNING C CONSTRUCTION LLC | § | CASE NO. 24-10733-CGB |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

**<u>AGREED MOTION TO DISMISS INVOLUNTARY CHAPTER 7 CASE</u>**

TO THE HONORABLE CHRISTOPHER G. BRADLEY,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES OSC Energy, LLC, H2O GeoSolutions, LLC, and Saxon Loomis Consulting Group, LLC (jointly referred to herein as "Petitioning Creditors"), and Running C Construction, LLC ("Running C"), (Petitioning Creditors and Running C, collectively, the "Parties"), and file this Agreed Motion to Dismiss Involuntary Chapter 7 Case and state as follows:

1. Petitioning Creditors filed an Involuntary Petition [ECF No. 1], commencing the above-captioned involuntary chapter 7 bankruptcy case against Castello. On July 30, 2024, Raif H. Castello ("Castello") filed a Counterclaim and Response in Opposition to Involuntary Chapter 7 Petition [ECF No. 6] on behalf of Running C. On September 4, 2024 the Court conducted a status conference in this matter.

2. Castello is the sole member and managing member of Running C and JPC Land Holdings, LLC ("JPC"). JPC is the principle asset owned by Castello.

3. Castello has filed a Chapter 11 petition on behalf of JPC.

4. Since it appears that Castello's interest in JPC is the principle nonexempt asset owned by Castello and since Castello reports that Running C has no assets, and since Castello has caused a bankruptcy petition under Chapter 11 to be filed on behalf of JPC, it does not

1

appear that any economic purpose would be served within the involuntary petition against Running C.

5.  The Petitioning Creditors and Running C have agreed to dismiss the involuntary petition against Running C, with each party to bear its own costs and fees.

WHEREFORE, the Parties respectfully ask the Court to grant the Agreed Motion to Dismiss Involuntary Chapter 7 Case.

RESPECTFULLY SUBMITTED,

**MARTIN & DROUGHT, P.C.**
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205-3789
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
Email: mcolvard@mdtlaw.com

**RUNNING C CONSTRUCTION, LLC**

By: _____
    Raif H. Castello, Managing Member

By: */s/ Michael G. Colvard*
    Michael G. Colvard
    State Bar No. 04629200
**ATTORNEYS FOR PETITIONING CREDITORS**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was forwarded via the Court's ECF System and via U.S. Mail, First Class, postage prepaid, to the parties listed below on September 24, 2024:

United States Trustee – AU12
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

/s/Michael G. Colvard
Michael G. Colvard